1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT N. WASHINGTON,

     Plaintiff,                      No. CIV S-09-2424 EFB P

     vs.

DEPARTMENT OF CORRECTION
AND REHABILITATION, et al.,

     Defendants.             <u>ORDER</u>
_____/

     Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

     Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined."

     Plaintiff has not only failed to sign the application to proceed *in forma pauperis*, he has also failed to submit a certified copy of his trust account statement or the institutional equivalent.

////

1

1  Accordingly, plaintiff has 30 days from the date this order is served to file a signed,
2 completed *in forma pauperis* application as well as submit the required trust account statement.
3 Failure to comply with this order may result in this action being dismissed.
4  The Clerk of the court is directed to send to plaintiff a new form Application to Proceed
5 In Forma Pauperis by a Prisoner.
6  So ordered.
7 DATED: November 4, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE