1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  ROBERT N. WASHINGTON,

11          Plaintiff,                    No. CIV S-09-2424 EFB P

12      vs.

13  DEPARTMENT OF CORRECTION
    AND REHABILITATION, et al.,
14
            Defendants.              ORDER
15  _____/

16      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17  U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28

18  U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C.

19  § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

20      On March 24, 2011, the court dismissed plaintiff's complaint with leave to amend. The

21  dismissal order explained the complaint's deficiencies, gave plaintiff 30 days to file an amended

22  complaint correcting those deficiencies, and warned plaintiff that failure to file an amended

23  complaint may result in this action being dismissed.

24  ////

25  ////

26  ////

                                          1

1    The 30-day period has expired and plaintiff has not filed an amended complaint or
2 otherwise responded to the court's order.
3    Accordingly, it is hereby ordered that this action is DISMISSED for failure to state a
4 claim.

5 Dated: May 19, 2011.

   EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE